UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re:<br>Casey Elizabeth Meyer                                  Debtor(s)<br>Casey Elizabeth Meyer            v.            Plaintiff(s)<br>The Connor Group<br>National Credit Systems, Inc.            Defendant(s) | **SUMMONS**<br>Adv. 24–04021<br>Bky. 22–41817 |
|---|---|

To the defendant(s) named above:

You are summoned and required to serve upon the attorney for the plaintiff(s), whose name and address is subscribed to the annexed complaint, an answer under Bankruptcy Rule 7012 to the complaint which is herewith served upon you, within thirty (30) days after the date this summons was issued, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days, and to forthwith file the answer with the clerk of this court. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witness my official signature　　　　　　　　s/Tricia Pepin
and the seal of said court for　　　　　　　　Clerk, United States Bankruptcy Court
the District of Minnesota

Dated: 3/22/24


　　　　　　　　　　　　　　　　　　　　　　　By: LindaO
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

**NOTE** –– The summons with complaint annexed is to be served within 7 days after the date issued under Bankruptcy Rule 7004(e). If the debtor is a defendant and represented by an attorney, the debtor and the attorney are each served separately under Rule 7004(b). Pursuant to Bankruptcy Rule 7004(b)(3), if the defendant is a corporation, partnership or other unincorporated association, a copy of the summons and complaint shall be served to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.
02/15/93; 03/17/99;06/01/99;02042003

**mnbsumad** 4/22