# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | |
| Casey Elizabeth Meyer, | Case No. 22-41817 |
| Debtor. | Chapter 7 |
| | |
| Casey Elizabeth Meyer, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-04021 |
| The Connor Group and National Credit Systems, Inc. | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

Plaintiff Casey Elizabeth Meyer, Defendant The Connor Group, and Defendant National Credit Systems, Inc., through their respective counsel, hereby stipulate and agree that their claims against each other in the above-captioned adversary proceeding shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Pursuant to Local Rule 9011-1, the non-filing counsel listed below have authorized the filing party to e-file this stipulation bearing each of their respective e-signatures.

Dated: May 28, 2024

s/ *Samuel M. Andre*
Amanda M. Mills (#0397685)
Samuel M. Andre (#0399669)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN  55402-4400

#82575977v1

      (612) 492-7000
      amills@fredlaw.com
      sandre@fredlaw.com

**ATTORNEYS FOR DEFENDANT THE CONNOR GROUP**

Dated: May 28, 2024

s/ *Mark L. Vavreck*
Mark L. Vavreck, Esq.
Attorney I.D. # 0318619
Attorney for Debtor/Plaintiff
VAVRECK LAW, LLC
7900 International Drive, Suite 300
Bloomington, MN 55425
Telephone: (612) 373-7000
Email: mark@vavrecklaw.com

Dated: May 28, 2024

s/ *Bradley R. Armstrong*
Bradley R. Armstrong, #0393524
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Phone: (612) 877-5297
E-Mail: Bradley.Armstrong@lawmoss.com

**Attorneys for Defendant NCS**

2

#82575977v1